May 16, 1978

389 A.2d 189

Breznik et ux. v. Szuler et ux., Appellants.

Submitted December 6, 1977. Frank Robert Cori, for appellants; W. J. Krencewicz and William J. Noone, for appellees.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.